(95 South. 922)

Ex parte MILLER. (7 Div. 396.) (Supreme Court of Alabama. April 5, 1923.) Certiorari to Court of Appeals. Hugh Reed, of Centre, for petitioner. Harwell G. Davis, Atty. Gen., for appellee. Chris Miller was convicted of an

offense and appealed to the Court of Appeals. The judgment being affirmed, he now brings his petition for writ of certiorari to review and revise the judgment and decision of the Court of Appeals. 'Miller v. State, 95 South. 915.

PER CURIAM. Certiorari denied.